### Francioni, Appellant, *v.* Gibsonia Truck Corporation.

Before SMITH, JR., J.

Argued November 14, 1974. *James R. Fitzgerald,* for appellant; *Richard J. Mills,* with him *James A. Mollica, Jr.,* and *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellee.

Order affirmed.

### Koynok, Appellant, *v.* Montgomery.

Argued November 14, 1974. *George L. Koynok,* for appellant; *Norman D. Jaffe,* with him *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe & Montgomery,* for appellee.

Judgment affirmed.

JACOBS and HOFFMAN, JJ., did not participate in the consideration or decision of this case.

### Lamp, Appellant, *v.* Heyman et al.

Argued November 14, 1974. *Louis M. Tarasi, Jr.,* with him *Conte, Courtney, Tarasi & Price,* for appellant; *Robert E. Kunselman,* with him *Reed, Sohn, Reed & Kunselman,* for appellees.

Judgment affirmed.